IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK VALENZUELA, JR.,

      Plaintiff,                      No. CIV S-04-0900 FCD DAD P

     vs.

C. SMITH, M.D., et al.,

      Defendants.         <u>ORDER</u>

/

        Defendants' newly assigned counsel has requested an extension of time to file opposition to plaintiff's motion to compel filed April 19, 2005. Good cause appearing, the request will be granted.

        The court's records reflect that no opposition has been filed in response to discovery motions filed by plaintiff on April 13, 2005. The April 13, 2005 filing consists of three motions challenging defendants' responses to requests for admissions served by plaintiff on each of the three defendants. Plaintiff's proof of service indicates that the motions were served on defendants' counsel by mail on April 7, 2005. Defendants will be directed to file their opposition to these discovery motions along with their opposition to the April 19, 2005 motion to compel.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Defendants' May 2, 2005 request for order extending time is granted; and

3  2. Defendants' opposition to the discovery motions filed by plaintiff on April 13, 2005, and April 19, 2005, shall be filed and served on or before June 14, 2005; any reply by plaintiff shall be filed and served on or before June 24, 2005.

DATED: May 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
vale0900.36mtc