IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK VALENZUELA, JR.,

    Plaintiff,      No. CIV S-04-0900 FCD DAD P

    vs.

C. SMITH, M.D., et al.,

    Defendants.      ORDER

_____/

    Defendants have requested an extension of time to file pretrial motions. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' June 13, 2005 request for an extension of time is granted;

    2. The deadline for filing pretrial motions other than discovery motions is continued from June 17, 2005, to July 18, 2005; and

    3. No other changes to the court's December 27, 2004 scheduling order are effected by this order.

DATED: June 16, 2005.

                                              */s/ Dale A. Drozd*
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
vale0900.36ptm