IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK VALENZUELA, JR.,

      Plaintiff,              No. CIV S-04-0900 FCD DAD P

    vs.

C. SMITH, M.D., et al.,

      Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file opposition to defendants' motion for summary judgment.  Defendants have filed a statement of non-opposition to the request.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's August 9, 2005 application for enlargement of time is granted;

        2.  Plaintiff is granted an extension of time to September 1, 2005, in which to file and serve opposition to defendants' July 18, 2005 motion for summary judgment; and

        3.  Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: August 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
vale0900.36opp